### Sharp Systems, Inc

| Date | Earnings | Taxes | Other | Net Ck | Form B22 | Diagnostic / Notes |
|------|---------|-------|-------|--------|----------|--------------------|
| 2010-03-04 | 761.25 | 168.92 | 45.93 | 546.40 | 126.88 | |
| 2010-03-11 | 833.44 | 193.95 | 45.93 | 593.56 | 138.91 | |
| 2010-03-18 | 380.63 | 59.86 | 45.93 | 274.84 | 63.44 | |
| 2010-03-25 | 660.19 | 139.96 | 45.93 | 474.30 | 110.03 | |
| 2010-04-01 | 746.81 | 164.77 | 45.93 | 536.11 | 124.47 | |
| 2010-04-08 | 778.31 | 173.80 | 45.93 | 558.58 | 129.72 | |
| 2010-04-15 | 738.94 | 162.51 | 45.93 | 530.50 | 123.16 | |
| 2010-04-22 | 526.31 | 101.60 | 45.93 | 378.78 | 87.72 | |
| 2010-04-29 | 687.75 | 151.47 | 4.65 | 531.63 | 114.63 | |
| 2010-05-06 | 443.63 | 81.53 | 18.35 | 343.75 | 73.94 | |
| 2010-05-13 | 561.75 | 115.38 | 18.35 | 428.02 | 93.63 | |
| 2010-05-20 | 624.75 | 133.43 | 18.35 | 472.97 | 104.13 | |
| 2010-05-27 | 542.06 | 109.73 | 18.35 | 413.98 | 90.34 | |
| 2010-06-03 | 683.81 | 99.08 | 69.62 | 515.11 | 113.97 | |
| 2010-06-10 | 57.75 | 3.37 | 18.35 | 36.03 | 9.63 | |
| 2010-06-10 | 420.00 | 32.13 | 0.00 | 387.87 | 70.00 | |
| 2010-06-17 | 585.38 | 122.14 | 18.35 | 444.89 | 97.56 | |
| 2010-06-24 | 593.25 | 124.41 | 18.35 | 450.49 | 98.88 | |
| 2010-07-01 | 683.81 | 150.34 | 18.35 | 515.12 | 113.97 | |
| 2010-07-08 | 660.19 | 143.58 | 18.35 | 498.26 | 110.03 | |
| 2010-07-15 | 876.75 | 215.58 | 18.35 | 642.82 | 146.13 | |
| 2010-07-22 | 518.44 | 102.96 | 18.35 | 397.13 | 86.41 | |
| 2010-07-29 | 753.38 | 113.69 | 74.94 | 564.75 | 125.56 | |
| 2010-08-05 | 679.88 | 149.22 | 18.35 | 512.31 | 113.31 | |
| 2010-08-12 | 632.63 | 88.33 | 65.70 | 478.60 | 105.44 | |
| 2010-08-19 | 427.88 | 93.55 | 18.35 | 315.98 | 71.31 | |
| 2010-08-26 | 506.63 | 99.58 | 18.35 | 388.70 | 84.40 | |
| Hash total: | 16,365.60 | 3,294.87 | 839.25 | 12,231.48 | 2,727.60 | |
| DEBTOR: | 16,365.60 | 3,294.87 | 839.25 | 12,231.48 | 2,727.60 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**DERISO, DAVID L**
SS#: XXX-XX-5072

Rate: #0144 Single/01 10.5000/Hr

Client: 319
SHARP SYSTEMS INC

**Earnings Record**

Period Covered: 02/24/2010 - 08/24/2010
Check Date: 09/07/2010

Runs: 9 - 34
Weeks: 9-34
Qtr: 3
Page: 17

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay / Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 3/04/10 | 761.25 | REGULAR<br>O/TIME<br>DOUBLE | 10.5000<br>15.7500<br>21.0000 | 40.00<br>8.00<br>10.25 | 420.00<br>126.00<br>215.25 | 56.23 SS/Med<br>78.05 Fed Wt | 34.64 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 19.02 GARNSH 31.25<br>UNIFRM 4.65 ACCTS 25.00 | 471.13<br>#15630 |
| 10 | 3/11/10 | 833.44 | REGULAR<br>O/TIME<br>DOUBLE | 10.5000<br>15.7500<br>21.0000 | 40.00<br>16.25<br>7.50 | 420.00<br>255.94<br>157.50 | 61.74 SS/Med<br>93.24 Fed Wt | 38.97 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 50.00 GARNSH 31.25<br>UNIFRM 4.65 ADVANCE 125.00<br>ACCTS 70.29 | 317.02<br>#15653 |
| 11 | 3/18/10 | 380.63 | REGULAR | 10.5000 | 36.25 | 380.63 | 27.10 SS/Med<br>20.86 Fed Wt | 11.80 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 50.00 GARNSH 31.25<br>UNIFRM 4.65 ACCTS 70.29 | 123.30<br>#15676 |
| 12 | 3/25/10 | 660.19 | REGULAR<br>O/TIME | 10.5000<br>15.7500 | 40.00<br>15.25 | 420.00<br>240.19 | 48.48 SS/Med<br>62.89 Fed Wt | 28.58 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 50.00 GARNSH 31.25<br>UNIFRM 4.65 ACCTS 25.00 | 368.05<br>#15699 |
| 13 | 4/01/10 | 746.81 | REGULAR<br>O/TIME | 10.5000<br>15.7500 | 40.00<br>20.75 | 420.00<br>326.81 | 55.12 SS/Med<br>75.88 Fed Wt | 33.77 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 50.00 GARNSH 31.25<br>UNIFRM 4.65 ACCTS 25.00 | 429.86<br>#15723 |
| 14 | 4/08/10 | 778.31 | REGULAR<br>O/TIME | 10.5000<br>15.7500 | 40.00<br>22.75 | 420.00<br>358.31 | 57.53 SS/Med<br>80.61 Fed Wt | 35.66 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 50.00 GARNSH 31.25<br>UNIFRM 4.65 ACCTS 25.00 | 452.33<br>#15746 |
| 15 | 4/15/10 | 738.94 | REGULAR<br>O/TIME | 10.5000<br>15.7500 | 40.00<br>20.25 | 420.00<br>318.94 | 54.51 SS/Med<br>74.70 Fed Wt | 33.30 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 50.00 GARNSH 31.25<br>UNIFRM 4.65 ACCTS 25.00 | 424.25<br>#15769 |
| 16 | 4/22/10 | 526.31 | REGULAR<br>O/TIME | 10.5000<br>15.7500 | 40.00<br>6.75 | 420.00<br>106.31 | 38.25 SS/Med<br>42.81 Fed Wt | 20.54 GA State | GPLIFE 13.70 HEALTH 6.82<br>DENTAL 5.81 MEDCAL 14.95<br>LOANS 50.00 GARNSH 31.25<br>UNIFRM 4.65 ADVANCE 70.00<br>ACCTS 25.00 OTHER 35.00 | 167.53<br>#15792 |
| 17 | 4/29/10 | 687.75 | REGULAR<br>O/TIME | 10.5000<br>15.7500 | 40.00<br>17.00 | 420.00<br>267.75 | 51.56 SS/Med<br>68.92 Fed Wt | 30.59 GA State | GPLIFE 13.70 LOANS 50.00<br>GARNSH 31.25 UNIFRM 4.65<br>ADVANCE 150.00 ACCTS 25.00 | 261.68<br>#15814 |
| 18 | 5/06/10 | 443.63 | REGULAR<br>O/TIME | 10.5000<br>15.7500 | 40.00<br>1.50 | 420.00<br>23.63 | 32.89 SS/Med<br>32.30 Fed Wt | 16.24 GA State | GPLIFE 13.70 LOANS 50.00<br>GARNSH 31.25 UNIFRM 4.65<br>ADVANCE 150.00 ACCTS 25.00 | 237.50<br>#15837 |

EASYPAY

Client:   3L9
SHARP SYSTEMS INC

**Earnings Record**

Period Covered:  02/24/2010 - 08/24/2010
Check Date:      09/07/2010

Runs:  9- 34
Weeks: 9-34
Qtr:   3
Page:  18

DERISO, DAVID L
SS#: XXX-XX-5072

Rate:  #01.44  Single/01  10.5000/Hr

*(continued)*

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay / Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | 5/13/10 | 561.75 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 9.00 | 420.00 / 141.75 | SS/Med 41.93 / Fed Wt 50.02 | GA State 23.49 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ACCTS 39.48 | 307.31 #15859 |
| 20 | 5/20/10 | 624.75 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 13.00 | 420.00 / 204.75 | SS/Med 46.75 / Fed Wt 59.47 | GA State 27.21 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ACCTS 50.00 | 341.72 #15881 |
| 21 | 5/27/10 | 542.06 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 7.75 | 420.00 / 122.06 | SS/Med 40.41 / Fed Wt 47.07 | GA State 22.25 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ACCTS 33.02 | 299.71 #15903 |
| 22 | 6/03/10 | 683.81 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 16.75 | 420.00 / 263.81 | SS/Med 51.27 / Fed W4 69.33 | GA State 30.75 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ACCTS 25.00 | 408.86 #15926 |
| 23 | 6/10/10 | 420.00 | VACTON | 10.5000 | 40.00 | 420.00 | SS/Med 32.13 | | | 387.87 #39853 Manual Check |
| 23 | 6/10/10 | 57.75 | REGULAR | 10.5000 | 5.50 | 57.75 | SS/Med 9.37 | | GPFLIFE 13.70 GARNSH 31.25 / UNIFRM 4.65 | 4.78 #15949 |
| 24 | 6/17/10 | 595.38 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 10.50 | 420.00 / 165.38 | SS/Med 43.73 / Fed Wt 53.56 | GA State 24.85 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ADVNCE 80.00 ACCTS 25.00 | 258.64 #15971 |
| 25 | 6/24/10 | 593.25 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 11.00 | 420.00 / 173.25 | SS/Med 44.34 / Fed Wt 54.75 | GA State 25.32 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ACCTS 25.00 | 344.24 #15993 |
| 26 | 7/01/10 | 693.81 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 16.75 | 420.00 / 263.81 | SS/Med 51.26 / Fed Wt 69.33 | GA State 30.76 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ADVNCE 200.00 ACCTS 25.00 | 208.87 #16015 |
| 27 | 7/08/10 | 660.19 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 15.25 | 420.00 / 240.19 | SS/Med 49.46 / Fed Wt 64.79 | GA State 29.39 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ADVNCE ACCTS 25.00 | 392.01 #16036 |
| 28 | 7/15/10 | 876.75 | REGULAR / OTIME / DOUBLE | 10.5000 / 15.7500 / 21.0000 | 40.00 / 18.00 / 8.25 | 420.00 / 283.50 / 173.25 | SS/Med 66.02 / Fed Wt 107.23 | GA State 42.39 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ADVNCE 75.00 ACCTS 11.24 | 473.28 #16056 |
| 29 | 7/22/10 | 518.44 | REGULAR / OTIME | 10.5000 / 15.7500 | 40.00 / 6.25 | 420.00 / 98.44 | SS/Med 38.61 / Fed Wt 43.52 | GA State 20.83 | GPFLIFE 13.70 LOANS 50.00 / GARNSH 31.25 UNIFRM 4.65 / ADVNCE 225.00 ACCTS 25.00 | 65.88 #16077 |

**EASYPAY**

DERISO, DAVID L
SS#: XXX-XX-5072

Rate: #0144  Single/01  10.500/Hr

*(continued)*

| Week # | Check Date | Gross | Earnings | Rate | Hours | Amount | Federal Taxes | State/Local Taxes | Deductions | Net Pay / Check # |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | 7/29/10 | 753.38 | REGULAR | 10.5000 | 40.00 | 420.00 | SS/Med 56.59 | GA State 34.93 | GPFLIFE 13.70  LOANS 50.00 | 59.50 |
|  |  |  | O/TIME | 15.7500 | 16.50 | 259.88 | Fed WH 78.76 |  | GARNSH 31.25  UNIFRM 4.65 | #16097 |
|  |  |  | DOUBLE | 21.0000 | 3.50 | 73.50 |  |  | ADVANCE 400.00  ACCTS 25.00 |  |
| 31 | 8/05/10 | 679.88 | REGLAR | 10.5000 | 40.00 | 420.00 | SS/Med 50.98 | GA State 30.52 | GPFLIFE 13.70  LOANS 50.00 | 230.94 |
|  |  |  | O/TIME | 15.7500 | 16.50 | 259.88 | Fed WH 67.74 |  | GARNSH 155.12  UNIFRM 4.65 | #16118 |
|  |  |  |  |  |  |  |  |  | ADVANCE 20.00  ACCTS 25.00 |  |
|  |  |  |  |  |  |  |  |  | OTHER 31.25 |  |
| 32 | 8/12/10 | 632.63 | REGLAR | 10.5000 | 40.00 | 420.00 | SS/Med 47.95 | GA State 27.68 | GPFLIFE 13.70  LOANS 50.00 | 96.63 |
|  |  |  | O/TIME | 15.7500 | 13.50 | 212.63 | Fed WH 60.65 |  | GARNSH 275.52  UNIFRM 4.65 | #16198 |
|  |  |  |  |  |  |  |  |  | ACCTS 25.00  OTHER 31.25 |  |
| 33 | 8/19/10 | 427.88 | REGLAR | 10.5000 | 40.00 | 420.00 | SS/Med 31.68 | GA State 15.40 | GPFLIFE 13.70  LOANS 50.00 | 147.34 |
|  |  |  | O/TIME | 15.7500 | .50 | 7.88 | Fed WH 29.94 |  | GARNSH 78.32  UNIFRM 4.65 | #16158 |
|  |  |  |  |  |  |  |  |  | ACCTS 25.00  OTHER 31.25 |  |
| 34 | 8/26/10 | 506.63 | REGLAR | 10.5000 | 40.00 | 420.00 | SS/Med 37.71 | GA State 20.12 | GPFLIFE 13.70  LOANS 50.00 | 81.67 |
|  |  |  | O/TIME | 15.7500 | 5.50 | 86.63 | Fed WH 41.75 |  | GARNSH 100.78  UNIFRM 4.65 | #16178 |
|  |  |  |  |  |  |  |  |  | ADVANCE 100.00  ACCTS 25.00 |  |
|  |  |  |  |  |  |  |  |  | OTHER 31.25 |  |
| Employee Totals | | 16,365.60 | REGULAR | | 1001.75 | 10,518.38 | SS/Med 1,216.99 | GA State 690.29 | GPFLIFE 356.20  HEALTH 54.56 | 7,383.15 |
|  |  |  | O/TIME | | 305.25 | 4,807.72 | Fed WH 1,526.27 |  | DENTAL 46.48  MEDCAL 119.60 | 26 Pays |
|  |  |  | DOUBLE | | 29.50 | 619.50 |  |  | LOANS 1219.02  GARNSH 1297.64 |  |
|  |  |  | VACTON | | 40.00 | 420.00 |  |  | UNIFRM 120.00  ADVANCE 1445.00 |  |
|  |  |  |  |  |  |  |  |  | ACCTS 749.30  OTHER 160.00 |  |

8/5  too much garnishment taken out
should have been 123.87 —
Refunded to David - 31.25

8/12  too much garnishment taken out
should have been 115.34 -
Refunded to David 160.18

*Shirley Pittman*
*Sharp Systems*

---

**Client: 319**
**SHARP SYSTEMS INC**

**Earnings Record**

3L9

|| | | |

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

# Earnings Statement

ADP
EASY PAY

Pay Period: 5/12/2010 to 5/18/2010
Pay Date: 5/20/2010
Check #: 15881

DAVID L DERISO

Employee Number: 0144
Department Number: 30
Social Security Number: XXX-XX-5072
Marital Status: SINGLE
Number Of Allowances: 01

## Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGLAR | 40.00 | 10.5000 | 420.00 | 8297.66 |
| O/TIME | | | | 3449.26 |
| DOUBLE | 13.00 | 15.7500 | 204.75 | 735.00 |
| VACTON | | | | 420.00 |

## Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GP LIFE | 13.70 | 274.00 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 46.75 | 950.58 |
| FED WI | 59.47 | 1060.39 |
| GA ST | 27.21 | 487.40 |
| MEDICAL | | 239.20 |
| LOANS | | 969.02 |
| GARNSH | 50.00 | 625.00 |
| UNIFRM | 31.25 | 93.00 |
| ADVANCE | 4.65 | 605.00 |
| ACCTS | 50.00 | 685.95 |
| OTHER | | 35.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $12,901.90 | $624.75 | $283.03 | $341.72 |

◀ TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

3L9

# Earnings Statement

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

Pay Period: 5/26/2010 to 6/01/2010
Pay Date: 6/03/2010
Check #: 15926

**ADP EASYPAY**

Employee Number: 0144
Department Number: 3.0
Social Security Number: XXX-XX-5072
Marital Status: SINGLE
Number Of Allowances: 01

**DAVID L DERISO**

### Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGULAR | 40.00 | 10.5000 | 420.00 | 9137.64 |
| O/TIME | 16.75 | 15.7500 | 263.81 | 3835.13 |
| DOUBLE | | | | 735.00 |
| VACATION | | | | 420.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLIFE | 13.70 | 301.40 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 51.27 | 1042.26 |
| FED WT | 68.33 | 1175.79 |
| GA ST | 30.75 | 540.40 |
| MEDCAL | | 239.20 |
| LOANS | 50.00 | 1069.02 |
| GARNSH | 31.25 | 687.50 |
| UNIFRM | 4.65 | 102.30 |
| ADVANCE | | 605.00 |
| ACCTS | 25.00 | 743.97 |
| OTHER | | 35.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $14,127.77 | $683.81 | $274.95 | $408.86 |

◁ TEAR HERE          ©1998, 2006. ADP, Inc. All Rights Reserved.

3L9

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

# Earnings Statement

Pay Period: 6/16/2010 to 6/22/2010
Pay Date: 6/24/2010
Check #: 15993



Employee Number:          0144
Department Number:        30
Social Security Number:   XXX-XX-5072
Marital Status:           SINGLE
Number Of Allowances:     01

**DAVID L DERISO**

## Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGULAR | 40.00 | 10.5000 | 420.00 | 10035.39 |
| O/TIME | 11.00 | 15.7500 | 173.25 | 4173.76 |
| DOUBLE | | | | 735.00 |
| VACTON | | | | 840.00 |

## Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLIFE | 13.70 | 342.50 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 44.34 | 1165.83 |
| FED WT | 54.75 | 1284.10 |
| GA ST | 25.32 | 590.57 |
| MEDICAL | | 239.20 |
| LOANS | 50.00 | 1169.02 |
| GARNSH | 31.25 | 781.25 |
| UNIFRM | 4.65 | 116.25 |
| ADVNCE | | 685.00 |
| ACCTS | 25.00 | 793.97 |
| OTHER | | 35.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $15,784.15 | $593.25 | $249.01 | $344.24 |

◄ TEAR HERE          ©1998, 2006. ADP, Inc. All Rights Reserved.

3L9

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

# Earnings Statement

Pay Period: 6/30/2010 to 7/06/2010
Pay Date: 7/08/2010
Check #: 16036

EASY PAY

Employee Number: 0144
Department Number: 30
Social Security Number: XXX-XX-5072
Marital Status: SINGLE
Number Of Allowances: 01

**DAVID L DERISO**

## Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGLAR | 40.00 | 10.5000 | 420.00 | 10875.39 |
| O/TIME | 15.25 | 15.7500 | 240.19 | 4677.76 |
| DOUBLE | | | | 735.00 |
| VACTION | | | | 840.00 |

## Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLIFE | 13.70 | 369.90 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 49.46 | 1266.55 |
| FED WT | 64.79 | 1417.22 |
| GA ST | 29.53 | 650.65 |
| MEDCAL | | 239.20 |
| LOANS | 50.00 | 1269.02 |
| GARNSH | 31.25 | 843.75 |
| UNIFRM | 4.65 | 125.55 |
| ADVNCE | | 885.00 |
| ACCTS | 25.00 | 843.97 |
| OTHER | | 35.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $17,128.15 | $660.19 | $268.18 | $392.01 |

TEAR HERE    ©1998, 2006. ADP, Inc. All Rights Reserved.

# Earnings Statement

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

Pay Period: 7/14/2010 to 7/20/2010
Pay Date: 7/22/2010
Check #: 16077

**ADP EASYPAY**

Employee Number: 0144
Department Number: 30
Social Security Number: XXX-XX-5072
Marital Status: SINGLE
Number Of Allowances: 01

**DAVID L DERISO**

## Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGULAR | 40.00 | 10.5000 | 420.00 | 11715.39 |
| O/TIME | 6.25 | 15.7500 | 98.44 | 5059.70 |
| DOUBLE | | | | 908.25 |
| VACTON | | | | 840.00 |

## Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLIFE | 13.70 | 397.30 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 38.61 | 1371.18 |
| FED WT | 43.52 | 1567.97 |
| GA ST | 20.83 | 713.81 |
| MEDICAL | | 239.20 |
| LOANS | 50.00 | 1369.02 |
| GARNSH | 31.25 | 906.25 |
| UNIFRM | 4.65 | 134.85 |
| ADVANCE | 225.00 | 1185.00 |
| ACCTS | 25.00 | 880.21 |
| OTHER | | 35.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $18,523.34 | $518.44 | $452.56 | $65.88 |

TEAR HERE   ©1998, 2006. ADP, Inc. All Rights Reserved.

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

# Earnings Statement

**EASYPAY** ADP

Pay Period: 7/21/2010 to 7/27/2010
Pay Date: 7/29/2010
Check #: 16097

Employee Number: 0144
Department Number: 50
Social Security Number: XXX-XX-5072
Marital Status: SINGLE
Number Of Allowances: 01

**DAVID L DERISO**

## Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGLAR | 40.00 | 10.5000 | 420.00 | 12135.39 |
| O/TIME | 16.50 | 15.7500 | 259.88 | 5319.58 |
| DOUBLE | 3.50 | 21.0000 | 73.50 | 981.75 |
| VACTON | | | | 840.00 |

## Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLIFE | 13.70 | 411.00 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 56.59 | 1427.77 |
| FED WT | 78.76 | 1666.73 |
| GA ST | 34.93 | 748.74 |
| MEDCAL | | 239.20 |
| LOANS | 50.00 | 1419.02 |
| GARNSH | 31.25 | 937.50 |
| UNIFRM | 4.65 | 139.50 |
| ADVNCE | 400.00 | 1585.00 |
| ACCTS | 25.00 | 905.21 |
| OTHER | | 35.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $19,276.72 | $753.38 | $694.88 | $58.50 |

◄ TEAR HERE    ©1998, 2006, ADP, Inc. All Rights Reserved.

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

Employee Number:        0144
Department Number:      30
Social Security Number: XXX-XX-5072
Marital Status:         SINGLE
Number Of Allowances:   01

# Earnings Statement

Pay Period: 7/28/2010 to 9/03/2010
Pay Date:   8/05/2010
Check #:    16118

**DAVID L DERISO**

EASYPAY

## Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGULAR | 40.00 | 10.5000 | 420.00 | 12555.39 |
| O/TIME | 16.50 | 15.7500 | 259.88 | 5579.46 |
| DOUBLE | | | | 981.75 |
| VACTON | | | 840.00 | 840.00 |

## Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLFE | 13.70 | 424.70 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 50.96 | 1478.73 |
| FED WT | 67.74 | 1714.47 |
| GA ST | 30.52 | 779.26 |
| MEDCAL | | 239.20 |
| LOANS | 50.00 | 1469.02 |
| GARNSH | 155.12 | 1092.62 |
| UNIFRM | 4.65 | 144.15 |
| ADVANCE | 20.00 | 1605.00 |
| ACCTS | 25.00 | 930.21 |
| OTHER | 31.25 | 66.25 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $19,956.60 | $679.88 | $448.94 | $230.94 |

TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

3L9

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

Employee Number:          0144
Department Number:        30
Social Security Number:   XXX-XX-5072
Marital Status:           SINGLE
Number Of Allowances:     01

# Earnings Statement

Pay Period:  8/04/2010  to  8/10/2010
Pay Date:    8/12/2010
Check #:     16138

**DAVID L DERISO**



EASYPAY

### Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGULAR | 40.00 | 10.5000 | 420.00 | 12975.39 |
| O/TIME | 13.50 | 15.7500 | 212.63 | 5792.09 |
| DOUBLE | | | | 981.75 |
| VACTON | | | | 840.00 |

### Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLIFE | 13.70 | 438.40 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 47.35 | 1526.08 |
| FED WT | 60.65 | 1775.12 |
| GA ST | 27.68 | 806.94 |
| MEDCAL | | 239.20 |
| LOANS | 50.00 | 1519.02 |
| GARNSH | 275.52 | 1368.14 |
| UNIFRM | 4.65 | 148.80 |
| ADVNCE | | 1605.00 |
| ACCTS | 25.00 | 955.21 |
| OTHER | 31.25 | 97.50 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $20,589.23 | $632.63 | $535.80 | $96.83 |

◀ TEAR HERE

©1998, 2006. ADP, Inc. All Rights Reserved.

Sharp Systems, Inc
124 Federal Street
Leslie, GA 31764

**Earnings Statement**

| Pay Period: | 8/18/2010 | to | 8/24/2010 |
|---|---|---|---|
| Pay Date: | 8/26/2010 | | |
| Check #: | 16178 | | |

Employee Number: 0144
Department Number: 30
Social Security Number: XXX-XX-5072
Marital Status: SINGLE
Number Of Allowances: 01

DAVID L DERISO

EASYPAY

## Hours and Earnings

| Description | Hours | Rate | This Period | Year-To-Date |
|---|---|---|---|---|
| REGULAR | 40.00 | 10.5000 | 420.00 | 13815.39 |
| O/TIME | 5.50 | 15.7500 | 86.63 | 5886.60 |
| DOUBLE | | | | 981.75 |
| VACTON | | | | 840.00 |

## Taxes and Deductions

| Description | This Period | Year-To-Date |
|---|---|---|
| GPLIFE | 13.70 | 465.80 |
| HEALTH | | 109.12 |
| DENTAL | | 92.96 |
| FICA | 37.71 | 1595.47 |
| FED WT | 41.75 | 1866.81 |
| GA ST | 20.12 | 842.66 |
| MEDCAL | | 239.20 |
| LOANS | 50.00 | 1619.02 |
| GARNSH | 100.78 | 1547.84 |
| UNIFRM | 4.65 | 158.10 |
| ADVANCE | 100.00 | 1705.00 |
| ACCTS | 25.00 | 1005.21 |
| OTHER | 31.25 | 160.00 |

| Gross Pay Year To Date | Gross Pay This Period | Total Deductions This Period | Net Pay This Period |
|---|---|---|---|
| $21,523.74 | $506.63 | $424.96 | $81.67 |

©1998, 2006. ADP, Inc. All Rights Reserved.